**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000438**
**18-FEB-2025**
**08:12 AM**
**Dkt. 158 ODMR**

NOS. CAAP-21-0000438 AND CAAP-22-0000588

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-21-0000438**
DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005-Q01, Plaintiff-Appellee,
v.
MICHAEL JON SZYMANSKI, Defendant-Appellant, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR COUNTRYWIDE MORTGAGE VENTURES, LLC,
dba WESTERN PARADISE FINANCIAL; WAILEA COMMUNITY ASSOCIATION;
WAILEA PUALANI ESTATES HOMEOWNERS ASSOCIATION;
WELLS FARGO BANK, N.A. AS INDENTURE TRUSTEE
FOR GMACM HOME EQUITY LOAN TRUST 2002-HE1,
GMACM HOME EQUITY LOAN-BACKED TERM NOTES 2002-HE1,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants

MICHAEL JON SZYMANSKI, Counterclaimant-Appellant,
v.
DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005-Q01, Counterclaim Defendant-Appellee

AND

**CAAP-22-0000588**
DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005-Q01, Plaintiff-Appellee,
v.
MICHAEL JON SZYMANSKI, Defendant-Appellant, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

AS NOMINEE FOR COUNTRYWIDE MORTGAGE VENTURES, LLC
dba WESTERN PARADISE FINANCIAL; WAILEA COMMUNITY ASSOCIATION;
WAILEA PUALANI ESTATES HOMEOWNERS ASSOCIATION;
WELLS FARGO BANK, N.A. AS INDENTURE TRUSTEE
FOR GMACM HOME EQUITY LOAN TRUST 2002-HE1,
GMACM HOME EQUITY LOAN-BACKED TERM NOTES 2002-HE1,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20;
DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants

MICHAEL JON SZYMANSKI, Counterclaimant-Appellant,
v.
DEUTSCHE BANK TRUST COMPANY AMERICAS,
AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2005-Q01, Counterclaim Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC181000015)

**ORDER**
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of the Motion for Reconsideration filed by Michael Jon **Szymanski** on February 10, 2025, the papers in support, and the record, it appears that:

1.    Szymanski moves for reconsideration of our January 31, 2025 Summary Disposition Order; and

2.    The Motion for Reconsideration presents no point of law or fact we overlooked or misapprehended.  See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, February 18, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge